JAMES L. JACOBS, State Bar No. 158277
BARBARA E. TANZILLO, State Bar No. 168339
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043
Telephone: (650) 428-3900
Facsimile: (650) 428-3901
e-mail: jjacobs@gcalaw.com
e-mail: btanzillo@gcalaw.com

Attorneys for Defendants
Naveen Chanana, Sanjeev Tyagi and Gaurav Gauba

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES WARD,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NAVEEN CHANANA, SANJEEV TYAGI, GAUREV GAUBA and DOE 1 through DOE 20, inclusive,<br><br>　　　　Defendants. | No. C07 6290 JW<br><br>STIPULATION TO EXTEND THE TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT FOR DAMAGES<br><br>[Pursuant to Local Rule 6.1 (a)] |

　　　　WHEREAS, Plaintiff James Ward ("Ward") filed the Complaint for this action in the United States District Court for the Northern District of California on December 12, 2007;

　　　　WHEREAS, the deadline for Naveen Chanana, Sanjeev Tyagi, and Gaurav Gauba ("Defendants") to answer or otherwise respond to the Complaint ("Complaint") is April 11, 2008;

　　　　WHEREAS, the parties wish to extend by ten (10) days the deadline for Defendants to answer or otherwise respond to the Complaint;

1  WHEREAS, the parties agree that the contemplated extension of this deadline will not alter the date of any event or any deadline already fixed by Court order in this matter.

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO THROUGH THEIR RESPECTIVE COUNSEL, AS FOLLOWS:

1. Defendants shall have up to and including April 21, 2008, to answer or otherwise respond to the Complaint.

2. Counsel for Defendants hereby attests that the concurrence of Mr. Epstein, counsel for Ward, to file this Stipulation has been obtained.

Dated: April 15, 2008        GCA LAW PARTNERS LLP

*Barbara E. Tanzillo*
Barbara E. Tanzillo

Attorneys for Defendants
Naveen Chanana, Sanjeev Tyagi and
Gaurav Gauba

Dated: April 15, 2008        THE EPSTEIN GROUP

_____
Mark Epstein

Attorneys for Plaintiff
James Ward

Stipulation to Extend Time        -2-