JAMES L. JACOBS, State Bar No. 158277
BARBARA E. TANZILLO, State Bar No. 168339
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043
Telephone: (650) 428-3900
Facsimile: (650) 428-3901
e-mail: jjacobs@gcalaw.com
e-mail: btanzillo@gcalaw.com

Attorneys for Defendants
Naveen Chanana, Sanjeev Tyagi and Gaurav Gauba

**GRANTED**
*Judge James Ware*
4/21/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES WARD,<br><br>   Plaintiff,<br><br>vs.<br><br>NAVEEN CHANANA, SANJEEV TYAGI, GAUREV GAUBA and DOE 1 through DOE 20, inclusive<br>   Defendant | No. C07 6290 JW<br><br>FURTHER STIPULATION TO EXTEND THE TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT FOR DAMAGES<br><br>[Pursuant to Local Rule 6.1 (a)] |

WHEREAS, Plaintiff James Ward ("Ward") filed the Complaint for this action in the United States District Court for the Northern District of California on December 12, 2007;

WHEREAS, the original deadline for Naveen Chanana, Sanjeev Tyagi, and Gaurev Gauba ("Defendants") to answer or otherwise respond to the Complaint ("Complaint") was April 11, 2008, and pursuant to the terms of the initial stipulation entered into by the parties, was extended to April 21, 2008;

WHEREAS, the parties now wish to extend the deadline for Defendants to answer or otherwise respond to the Complaint by an additional two days;

Further Stipulation to Extend Time      -1-

1       WHEREAS, the parties agree that the contemplated extension of this deadline will not alter the date of any event or any deadline already fixed by Court order in this matter.

      NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO THROUGH THEIR RESPECTIVE COUNSEL, AS FOLLOWS:

    1.    Defendants shall have until April 23, 2008 to answer or otherwise respond to the Complaint.

    2.    Counsel for Defendants hereby attests that the concurrence of Mr. Epstein, counsel for James Ward, to file this Stipulation has been obtained.

Dated: April 18, 2008                     GCA LAW PARTNERS LLP

*/s/ James L. Jacobs*
James L. Jacobs

Attorneys for Defendants
Naveen Chanana, Sanjeev Tyagi and
Gaurav Gauba

Dated: April 18, 2008                     THE EPSTEIN GROUP

*/s/ Julia M. Adams*
Mark Epstein
Julia Adams

Attorneys for Plaintiff
James Ward