| | |
|---|---|
| 1 | **Mark Epstein, Esq.**     SBN: 159801 |
|   | **Julia M. Adams, Esq.**   SBN: 230795 |
| 2 | THE EPSTEIN GROUP |
|   | ATTORNEYS & COUNSELORS AT LAW |
| 3 | 2358 Market Street, Third Floor |
|   | San Francisco, California 94114 |
| 4 | Telephone (415) 863-5718 |
|   | Facsimile (415) 863-8719 |
| 5 | e-mail: mepstein@epsteingroup.com |

Attorneys for Plaintiff JAMES WARD

James L. Jacobs, Esq.     SBN: 158277
GCA Law Partners, LLP
1891 Landings Drive
Mountain View, CA 94043
Telephone (650) 428-3900
Facsimile (650) 428-3901
e-mail: jjacobs@gcalaw.com

Attorneys for Defendants NAVEEN CHANANA, SANJEEV TYAGI, GAURAV GAUBA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WARD, | CASE NO. CV 07 06290 JW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE |
| vs. | |
| NAVEEN CHANANA, SANJEEV TYAGI, GAURAV GAUBA, and DOE 1 through DOE 20, inclusive | CMC DATE: May 5, 2008 |
|  | TIME: 10:00 a.m. |
|  | COURTROOM: 8 |
|  | COURT: San Jose Courthouse for the U.S.D.C., N.D., CA |
| Defendants. | |

The parties, by and through their counsel of record, hereby submit the following Stipulation and [Proposed] Order to Continue the Case Management Conference.

WHEREAS on April 23, 2008, defendants NAVEEN CHANANA, SANJEEV TYAGI, GAURAV GAUBA filed a Motion to Dismiss the Complaint that will be heard on June 23, 2008 at 9:00 a.m.; and

WHEREAS a Case Management Conference is scheduled to occur on May 5, 2008, more than a month prior to the hearing set for the Motion to Dismiss the Complaint; and

STIPULATION AND PROPOSED ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE

WHEREAS, as currently set due to the pending Motion to Dismiss the Complaint, the Case Management Conference will not be as productive as it is intended and would be a waste of the Court's time and resources, which the parties wish to avoid.

ACCORDINGLY, the parties do hereby stipulate and request that the Case Management Conference, and all related and corresponding dates and deadlines, be vacated pending the outcome of defendants' Motion to Dismiss the Complaint. The parties further stipulate and request the Case Management Conference be reset as convenient for the Court and the parties for a date following the Motion to Dismiss the Complaint hearing on June 23, 2008, as necessary.

**IT IS SO STIPULATED.**

DATED:   April 28, 2008

THE EPSTEIN GROUP
Attorneys & Counselors at Law

By: /s/ Mark Epstein
MARK EPSTEIN
JULIA M. ADAMS
Attorneys for Plaintiff JAMES WARD

DATED:   April 28, 2008

GCA LAW PARTNERS, LLP

By: /s/ James L. Jacobs
JAMES L. JACOBS
Attorneys for Defendants NAVEEN CHANANA, SANJEEV TYAGI, and GAURAV GAUBA

**ORDER**

By the Order of this Court, the Case Management Conference scheduled for May 5, 2008 at 10:00 a.m. is vacated pending the outcome of defendants' Motion to Dismiss the Complaint. All related and corresponding dates and deadlines are also vacated. The Case Management Conference and all related and corresponding dates and deadlines will be reset following the Motion to Dismiss the Complaint, as necessary.

**IT IS SO ORDERED.**

DATED: _____, 2008    By: _____
Hon. James Ware
United States District Court