1  Mark Epstein, Esq.         SBN: 159801
   Julia M. Adams, Esq.       SBN: 230795
2  THE EPSTEIN GROUP
   ATTORNEYS & COUNSELORS AT LAW
3  2358 Market Street, Third Floor
   San Francisco, California 94114
4  Telephone (415) 863-5718
   Facsimile (415) 863-8719
5  e-mail: mepstein@epsteingroup.com

6  Attorneys for Plaintiff JAMES WARD

7  James L. Jacobs, Esq.      SBN: 158277
   GCA Law Partners, LLP
8  1891 Landings Drive
   Mountain View, CA 94043
9  Telephone (650) 428-3900
   Facsimile (650) 428-3901
10 e-mail: jjacobs@gcalaw.com

11 Attorneys for Defendants NAVEEN CHANANA, SANJEEV TYAGI, GAURAV GAUBA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| JAMES WARD, | CASE NO. CV 07 06290 JW |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE |
| vs. | |
| NAVEEN CHANANA, SANJEEV TYAGI, GAURAV GAUBA, and DOE 1 through DOE 20, inclusive | CMC DATE: May 5, 2008<br>TIME: 10:00 a.m.<br>COURTROOM: 8<br>COURT: San Jose Courthouse for the U.S.D.C., N.D., CA |
| Defendants. | |

The parties, by and through their counsel of record, hereby submit the following Stipulation and [Proposed] Order to Continue the Case Management Conference.

WHEREAS on April 23, 2008, defendants NAVEEN CHANANA, SANJEEV TYAGI, GAURAV GAUBA filed a Motion to Dismiss the Complaint that will be heard on June 23, 2008 at 9:00 a.m.; and

WHEREAS a Case Management Conference is scheduled to occur on May 5, 2008, more than a month prior to the hearing set for the Motion to Dismiss the Complaint; and

1  WHEREAS, as currently set due to the pending Motion to Dismiss the Complaint, the
2  Case Management Conference will not be as productive as it is intended and would be a waste of
3  the Court's time and resources, which the parties wish to avoid.
4  ACCORDINGLY, the parties do hereby stipulate and request that the Case Management
5  Conference, and all related and corresponding dates and deadlines, be vacated pending the
6  outcome of defendants' Motion to Dismiss the Complaint. The parties further stipulate and
7  request the Case Management Conference be reset as convenient for the Court and the parties for
8  a date following the Motion to Dismiss the Complaint hearing on June 23, 2008, as necessary.
9  **IT IS SO STIPULATED.**
10 DATED:    April 28, 2008            THE EPSTEIN GROUP
                                        Attorneys & Counselors at Law

12                                      By: _____
                                        MARK EPSTEIN
13                                      JULIA M. ADAMS
                                        Attorneys for Plaintiff JAMES WARD

15 DATED:    April 28, 2008            GCA LAW PARTNERS, LLP

17                                      By: _____
                                        JAMES L. JACOBS
                                        Attorneys for Defendants NAVEEN
18                                      CHANANA, SANJEEV TYAGI, and
                                        GAURAV GAUBA

## ORDER

The Court continues the Case Management Conference scheduled for May 5, 2008 at 10:00 AM to June 23, 2008 at 10:00 to coordinate with the scheduled Motion Hearing. The Court will determine prior to the June 23, 2008 date if it the case management conference may be vacated.

IT IS SO ORDERED.

DATED: _____April 30,_____, 2008    By: _____
                                        Hon. James Ware
                                        United States District Court