1  JAMES L. JACOBS, State Bar No. 158277
   BARBARA E. TANZILLO, State Bar No. 168339
2  GCA LAW PARTNERS LLP
   1891 Landings Drive
3  Mountain View, CA 94043
   Telephone: (650) 428-3900
4  Facsimile: (650) 428-3901
   e-mail: jjacobs@gcalaw.com
5  e-mail: btanzillo@gcalaw.com

6  Attorneys for Defendants
   Naveen Chanana, Sanjeev Tyagi and Gaurav Gauba
7

8

9               UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12

13 | JAMES WARD,                              | No. C07 6290 JW
14 |     Plaintiff,                            | FURTHER STIPULATION AND
                                               | [PROPOSED] ORDER TO CONTINUE
15 | vs.                                       | THE CASE MANAGEMENT
                                               | CONFERENCE
16 | NAVEEN CHANANA, SANJEEV TYAGI,
   | GAUREV GAUBA and DOE 1 through
17 | DOE 20, inclusive
   |     Defendant
18

19
        WHEREAS, pursuant to Order dated April 30, 2008, this Court continued the Case
20
   Management Conference (originally scheduled for May 5, 2008) to June 23, 2008 to
21
   coordinate with the scheduled hearing on the Motion to Dismiss the Complaint filed by
22
   Defendants Naveen Chanana, Sanjeev Tyagi and Gaurav Gauba ("Defendants");
23
        WHEREAS, on June 2, 2008, Plaintiff James Ward ("Ward") filed an Amended
24
   Complaint rather than oppose the Motion to Dismiss, which resulted in the cancellation of
25
   the June 23, 2008 hearing;
26
        WHEREAS, Defendants intend on filing a motion to dismiss directed towards the
27
   Amended Complaint, which motion is currently due to be filed by June 19, 2008;
28

Further Stipulation to Continue          -1-
Case Management Conference

1   WHEREAS, Defendants intend to notice the hearing on this motion for October 6,
2   2008, if that hearing date is available at the time Defendants file their motion;
3   WHEREAS, as currently set, due to the anticipated filing of a further motion to
4   dismiss, the Case Management Conference will not be as productive as it is intended and
5   would be a waste of the Court's time and resources, which the parties wish to avoid.

7   NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE
8   PARTIES HERETO THROUGH THEIR RESPECTIVE COUNSEL, AS FOLLOWS:

10   1.   The Case Management Conference currently set for June 23, 2008 is
11   continued to October 6, 2008 at 10:00 a.m., and any corresponding dates or deadlines
12   which pertain to the date of the Case Management Conference, shall be calculated based
13   upon the date of the October 6, 2008 Case Management Conference.

16   Dated: June 10, 2008                    GCA LAW PARTNERS LLP

                                            _____
                                            James L. Jacobs
                                            Barbara Tanzillo

                                            Attorneys for Defendants
                                            Naveen Chanana, Sanjeev Tyagi and
                                            Gaurav Gauba

27   / / /
28   / / /

Further Stipulation to Continue          -2-
Case Management Conference

| | | |
|---|---|---|
| 1 | Dated: June 11, 2008 | THE EPSTEIN GROUP |
| 2 | | |
| 3 | | Mark Epstein |
| 4 | | Julia Adams |
| | | Jessica Chylik |
| 5 | | |
| 6 | | Attorneys for Plaintiff |
| | | James Ward |
| 7 | | |
| 8 | IT IS SO ORDERED. | |
| 9 | | |
| 10 | DATED: _____, 2008 | By:_____ |
| 11 | | Hon. James Ware |
| | | United States District Court |

Further Stipulation to Continue
Case Management Conference          -3-