JAMES L. JACOBS, State Bar No. 158277
BARBARA E. TANZILLO, State Bar No. 168339
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043
Telephone: (650) 428-3900
Facsimile: (650) 428-3901
e-mail: jjacobs@gcalaw.com
e-mail: btanzillo@gcalaw.com

Attorneys for Defendants
Naveen Chanana, Sanjeev Tyagi and Gaurav Gauba

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES WARD,<br><br>      Plaintiff,<br><br>vs.<br><br>NAVEEN CHANANA, SANJEEV TYAGI, GAUREV GAUBA and DOE 1 through DOE 20, inclusive<br>      Defendant | No. C07 6290 JW<br><br>FURTHER STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE |

WHEREAS, pursuant to Order dated April 30, 2008, this Court continued the Case Management Conference (originally scheduled for May 5, 2008) to June 23, 2008 to coordinate with the scheduled hearing on the Motion to Dismiss the Complaint filed by Defendants Naveen Chanana, Sanjeev Tyagi and Gaurav Gauba ("Defendants");

WHEREAS, on June 2, 2008, Plaintiff James Ward ("Ward") filed an Amended Complaint rather than oppose the Motion to Dismiss, which resulted in the cancellation of the June 23, 2008 hearing;

WHEREAS, Defendants intend on filing a motion to dismiss directed towards the Amended Complaint, which motion is currently due to be filed by June 19, 2008;

Further Stipulation to Continue
Case Management Conference            -1-

1  WHEREAS, Defendants intend to notice the hearing on this motion for October 6,
2  2008, if that hearing date is available at the time Defendants file their motion;
3  WHEREAS, as currently set, due to the anticipated filing of a further motion to
4  dismiss, the Case Management Conference will not be as productive as it is intended and
5  would be a waste of the Court's time and resources, which the parties wish to avoid.
6
7  NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE
8  PARTIES HERETO THROUGH THEIR RESPECTIVE COUNSEL, AS FOLLOWS:
9
10  1.  The Case Management Conference currently set for June 23, 2008 is
11  continued to October 6, 2008 at 10:00 a.m., and any corresponding dates or deadlines
12  which pertain to the date of the Case Management Conference, shall be calculated based
13  upon the date of the October 6, 2008 Case Management Conference.
14
15
16  Dated: June 10, 2008                    GCA LAW PARTNERS LLP
17
18                                          _____
                                            James L. Jacobs
19                                          Barbara Tanzillo
20                                          Attorneys for Defendants
21                                          Naveen Chanana, Sanjeev Tyagi and
                                            Gaurav Gauba
22
23
24
25
26
27  / / /
28  / / /

Further Stipulation to Continue           -2-
Case Management Conference

Dated: June 11, 2008                    THE EPSTEIN GROUP

                                        _____
                                        Mark Epstein
                                        Julia Adams
                                        Jessica Chylik

                                        Attorneys for Plaintiff
                                        James Ward

**\*\*\* ORDER \*\*\***

On April 23, 2008, Defendants filed a Motion to Dismiss.  (See Docket Item No. 9.)  On June 2, 2008, instead of filing an opposition, Plaintiff filed an Amended Complaint.  (See Docket Item No. 13.)

Rule 15(a) provides that a party may amend his pleading once as a matter of course at any time before a responsive pleading is served.  A motion to dismiss is not a responsive pleading within the meaning of Rule 15(a).  Fed. R. Civ. P. 15(a); Allwaste, Inc. v. Hecht, 65 F.3d 1523, 1530 ( 9th Cir. 1995).

Accordingly, Defendants' Motion to Dismiss is DENIED as moot.  The June 23, 2008 hearing is VACATED.  In addition, the Court continues the Case Management Conference currently set for June 23, 2008 to **October 6, 2008 at 10 a.m.** to coincide with Defendants' anticipated Motion to Dismiss the First Amended Complaint.

Dated:  June 17, 2008                   _____
                                        JAMES WARE
                                        United States District Judge