JAMES L. JACOBS, State Bar No. 158277
BARBARA E. TANZILLO, State Bar No. 168339
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043
Telephone: (650) 428-3900
Facsimile: (650) 428-3901
e-mail: jjacobs@gcalaw.com
e-mail: btanzillo@gcalaw.com

Attorneys for Defendants
Naveen Chanana, Sanjeev Tyagi and Gaurav Gauba

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JAMES WARD,<br><br>Plaintiff,<br><br>vs.<br><br>NAVEEN CHANANA, SANJEEV TYAGI, GAUREV GAUBA and DOE 1 through DOE 20, inclusive<br><br>Defendants. | No. C07 6290 JW<br><br>STIPULATION TO EXTEND THE TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT FOR DAMAGES<br><br>[Pursuant to Local Rule 6.1 (a)] |

WHEREAS, Plaintiff James Ward ("Ward") filed his First Amended Complaint in this action on June 2, 2008;

WHEREAS, the deadline for Naveen Chanana, Sanjeev Tyagi, and Gaurev Gauba ("Defendants") to answer or otherwise respond to the First Amended Complaint is June 19, 2008;

WHEREAS, the parties wish to extend the deadline for Defendants to answer or otherwise respond to the First Amended Complaint;

| | |
|---|---|
| 1 | WHEREAS, the parties agree that the contemplated extension of this deadline will not alter the date of any event or any deadline already fixed by Court order in this matter. |

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO THROUGH THEIR RESPECTIVE COUNSEL, AS FOLLOWS:

1. Defendants shall have until June 23, 2008 to answer or otherwise respond to the First Amended Complaint.

Dated: June 18, 2008

GCA LAW PARTNERS LLP

James L. Jacobs
Barbara Tanzillo

Attorneys for Defendants
Naveen Chanana, Sanjeev Tyagi and
Gaurav Gauba

Dated: June 18, 2008

THE EPSTEIN GROUP

Mark Epstein
Jessica Chylik

Attorneys for Plaintiff
James Ward

Stipulation to Extend Time to Respond to First Amended Complaint   -2-