JAMES L. JACOBS, State Bar No. 158277
BARBARA E. TANZILLO, State Bar No. 168339
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043
Telephone: (650) 428-3900
Facsimile: (650) 428-3901
e-mail: jjacobs@gcalaw.com
e-mail: btanzillo@gcalaw.com

Attorneys for Defendants
Naveen Chanana, Sanjeev Tyagi and Gaurav Gauba

**GRANTED**
/s/ James Ware
Judge James Ware
6/20/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES WARD,<br><br>  Plaintiff,<br><br>  vs.<br><br>NAVEEN CHANANA, SANJEEV TYAGI, GAUREV GAUBA and DOE 1 through DOE 20, inclusive<br><br>  Defendants. | No. C07 6290 JW<br><br>STIPULATION TO EXTEND THE TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT FOR DAMAGES<br><br>[Pursuant to Local Rule 6.1 (a)] |

WHEREAS, Plaintiff James Ward ("Ward") filed his First Amended Complaint in this action on June 2, 2008;

WHEREAS, the deadline for Naveen Chanana, Sanjeev Tyagi, and Gaurav Gauba ("Defendants") to answer or otherwise respond to the First Amended Complaint is June 19, 2008;

WHEREAS, the parties wish to extend the deadline for Defendants to answer or otherwise respond to the First Amended Complaint;

1     WHEREAS, the parties agree that the contemplated extension of this deadline will
2 not alter the date of any event or any deadline already fixed by Court order in this matter.
3     NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE
4 PARTIES HERETO THROUGH THEIR RESPECTIVE COUNSEL, AS FOLLOWS:
5     1.    Defendants shall have until June 23, 2008 to answer or otherwise respond to
6 the First Amended Complaint.

8 Dated: June 18, 2008                 GCA LAW PARTNERS LLP

                                                      James L. Jacobs
                                                      Barbara Tanzillo

                                                      Attorneys for Defendants
                                                      Naveen Chanana, Sanjeev Tyagi and
                                                      Gaurav Gauba

17 Dated: June 18, 2008                 THE EPSTEIN GROUP

                                                      Mark Epstein
                                                      Jessica Chylik

                                                      Attorneys for Plaintiff
                                                      James Ward