1  JAMES L. JACOBS, State Bar No. 158277
   BARBARA E. TANZILLO, State Bar No. 168339
2  GCA LAW PARTNERS LLP
   1891 Landings Drive
3  Mountain View, CA 94043
   Telephone: (650) 428-3900
4  Facsimile: (650) 428-3901
   e-mail: jjacobs@gcalaw.com
5  e-mail: btanzillo@gcalaw.com

6  Attorneys for Defendants
   NAVEEN CHANANA, SANJEEV TYAGI
7  AND GAURAV GAUBA

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES WARD,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NAVEEN CHANANA, SANJEEV TYAGI, GAUREV GAUBA and DOE 1 through DOE 20, inclusive,<br><br>　　　　Defendants. | No. C07 6290 JW<br><br>STIPULATION AND [PROPOSED] ORDER TO CHANGE TIME FOR ADR AND TO MODIFY JANUARY 28, 2009 SCHEDULING ORDER |

WHEREAS, as more fully set forth below, through this Stipulation, Plaintiff James Ward and Defendants Naveen Chanana, Sanjeev Tyagi and Gaurev Gauba, jointly seek an order revising various deadlines scheduled in this case to enable an orderly completion of discovery and to permit the parties to participate in the Court's ADR program;

WHEREAS, pursuant to the Scheduling Order dated January 28, 2009 (the "Scheduling Order"), this Court scheduled the following deadlines for this case:

STIP & ORDER RE ADR & SCHEDULING                -1-

| | |
|---|---|
| Close of All Discovery | December 14, 2009 |
| Last Date for Hearing Dispositive Motions<br>(≈ 60 days after the Close of All Discovery) | February 22, 2010 |
| Preliminary Pretrial Conference<br>(≈ 30 days before the Close of All Discovery) | November 16, 2009 |
| Preliminary Pretrial Conference Statements<br>(Due 10 days before conference) | November 6, 2009 |
| Deadline for parties to contact Court's ADR Program<br>(15 days after the date of this Order) | February 12, 2009 |

WHEREAS, the parties contacted the Court's ADR Program to discuss an appropriate ADR process for this case by February 12, 2009 and understood that this matter would be recommended for ADR, and that the parties should await the issuance of the Court's order regarding ADR;

WHEREAS, the parties have not yet been ordered to ADR;

WHEREAS, the parties have engaged in discovery but have not yet completed discovery and there remains additional outstanding discovery that the parties intend to pursue and for which they desire additional time to enable them to complete that discovery in the most efficient manner;

WHEREAS, in addition, one of the Defendants is presently out of the country and is scheduled to be out of the country through the current deadline for the close of discovery and therefore will not be available in California to be deposed before the current deadline for the close of discovery;

WHEREAS, all parties desire to have an additional period of approximately four months to fully complete discovery as well as to participate in the Court's ADR Program;

WHEREAS, the parties believe that a modification to the current Scheduling Order will enable them to complete discovery in an efficient manner and will also enable them to participate in the Court's ADR Program prior having to complete discovery, which could result in additional cost savings and efficiencies.

STIP & ORDER RE ADR & SCHEDULING                -2-

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO THROUGH THEIR RESPECTIVE COUNSEL, AS FOLLOWS:

1. That the operative dates set forth in the Court's Scheduling Order be revised as follows:

| EVENT | OLD DEADLINE | NEW DEADLINE |
|---|---|---|
| **Close of All Discovery** | Dec. 14, 2009 | **March 15, 2010** |
| **Last Date for Hearing Dispositive Motions** *(≈ 60 days after the Close of All Discovery)* | Feb. 22, 2010 | **May 17, 2010** |
| **Preliminary Pretrial Conference** *(≈ 30 days before the Close of All Discovery)* | Nov. 16, 2009 | **February 22, 2010** |
| **Preliminary Pretrial Conference Statements** *(Due 10 days before conference)* | Nov. 6, 2009 | **February 12, 2010** |
| **Deadline for parties to contact Court's ADR Program** *(15 days after the date of this Order)* | Feb. 12, 2009 | **November 23, 2009** |

Dated: October 28, 2009

GCA LAW PARTNERS LLP

By: _____
James L. Jacobs
Barbara E. Tanzillo

Attorneys for Defendants
NAVEEN CHANANA, SANJEEV TYAGI
AND GAURAV GAUBA

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900

Dated: October 28, 2009

THE EPSTEIN GROUP

By: _____
Mark Epstein
Julia M. Adams
Jessica L. Chylik

Attorneys for Plaintiff
JAMES WARD

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED ABOVE.

No further extension will be granted since the parties have had well over a year to complete their discovery.

Dated: November 12, 2009

_____
JAMES WARE
United States District Judge