1 | **Mark Epstein, Esq.**        SBN: 159801
    **Julia M. Adams, Esq.**      SBN: 230795
2 | **Jessica L. Chylik, Esq.**   SBN: 201127
    THE EPSTEIN GROUP
3 | ATTORNEYS & COUNSELORS AT LAW
    2358 Market Street, Third Floor
4 | San Francisco, California 94114
    Telephone (415) 863-5718
5 | Facsimile (415) 863-8719
    e-mail: mepstein@epsteingroup.com
6
    Attorneys for Plaintiff
7 | JAMES WARD

8 | **James L. Jacobs, Esq.**     SBN: 158277
    **Barbara E. Tanzillo, Esq.** SBN: 168339
9 | GCA Law Partners, LLP
    1891 Landings Drive
10 | Mountain View, CA 94043
    Telephone (650) 428-3900
11 | Facsimile (650) 428-3901
    email: jjacobs@gcalaw.com
12
    Attorneys for Defendants
13 | NAVEEN CHANANA, SANJEEV TYAGI,
    and GAUREV GAUBA
14

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*
1/22/2010

15                UNITED STATES DISTRICT COURT

16             FOR THE NORTHERN DISTRICT OF CALIFORNIA

17 | JAMES WARD,                    )   CASE NO. **CV 07 06290 JW**
                                    )
18 |         Plaintiff,             )   STIPULATION AND [~~PROPOSED~~]
                                    )   ORDER EXTENDING DEADLINE
19 |    vs.                         )   FOR EARLY NEUTRAL
                                    )   EVALUATION
20 | NAVEEN CHANANA, SANJEEV TYAGI, )
     GAURAV GAUBA, and DOE 1 through DOE )
21 | 20, inclusive                  )
                                    )
22 |         Defendants.            )
                                    )
23 | _____)

24      The parties, and each of them, by and through their respective counsel of record, hereby

25 stipulate and agree as follows:

26      WHEREAS, pursuant to the October 28, 2009 Stipulation and [Proposed] Order to

27 Change Time for ADR and to Modify January 28, 2009 Scheduling Order and the subsequent

28 November 12, 2009 Order thereon, the Court set, among other dates, deadlines of January 15,


The Epstein Group
Attorneys

---
Stipulation and [Proposed] Order Extending Deadlines for Early Neutral Evaluation, Expert Witness Disclosures and Exclusion Motion, and Dispositive Motions

2010 to complete Early Neutral Evaluation, March 15, 2010 to complete all discovery, and May 17, 2010 for hearing dispositive motions;

WHEREAS, counsel for Plaintiff have advised that, subsequent to the filing of the October 28, 2009 Stipulation, they have been unable to contact Plaintiff James Ward since at least November 2009 despite engaging in the following:

    a.    sending numerous emails to Plaintiff's last known email address, at least one with delivery confirmed but no "read report" received;

    b.    searching online white pages for "James M. Ward"; and,

    c.    contacting every listing in the Google search results for "James M. Ward;"

WHEREAS, the Early Neutral Evaluation in this matter has been set for January 13, 2010 with Evaluator Paul Renne, and this date was chosen in part to accommodate Defendant Naveen Chanana, who will be unavailable to attend the Early Neutral Evaluation in person after January 15, 2010 due to a previously scheduled, extended sea voyage;

WHEREAS, at the pre-Evaluation telephone conference among counsel and the Evaluator on January 4, 2010, it became apparent that the Evaluation could not proceed as scheduled on January 13, 2010 since Plaintiff could not be located to participate;

WHEREAS, Plaintiff's counsel desire one month to locate their client in order to complete the Evaluation and Defendants do not oppose extending the deadline for completing the Evaluation provided that Mr. Chanana can appear telephonically at the Evaluation while on his previously-scheduled voyage;

WHEREAS, counsel for the parties stipulate and agree that the time to complete the Early Neutral Evaluation should be extended to March 30, 2010 and that Defendant Naveen Chanana shall be permitted to appear at such Evaluation telephonically if he is not available in person for the reason that he is on his sea voyage;

WHEREAS, as Plaintiff's current situation was unknown to counsel when the parties submitted the October 28, 2009 Stipulation, they had not specifically requested the court to modify the deadlines associated with expert witness discovery issues but, in light of the current circumstances, are now requesting that these deadlines also be separately addressed;

The Epstein Group
Attorneys

Stipulation and [Proposed] Order Extending Deadlines for Early Neutral Evaluation, Expert Witness Disclosures and Exclusion Motion, and Dispositive Motions
Page 2

1     WHEREAS, counsel for the parties stipulate and agree that the deadlines for expert witness disclosures, as previously described in the Court's January 28, 2009 Scheduling Order, be modified as follows: the initial expert witness disclosure shall be made on April 12, 2010, the rebuttal expert witness disclosure shall be made on April 26, 2010, depositions of experts shall be completed by May 10, 2010, and the deadline for hearings on any motions to exclude an expert or an expert's testimony shall be June 20, 2010;

    WHEREAS, counsel for the parties stipulate and agree that the time for hearing dispositive motions should be changed to August 16, 2010;

    WHEREAS, while counsel for the parties acknowledge that the Court previously indicated that it was not inclined to grant a further extension of the discovery deadline, counsel respectfully submit that the slight extension of the Early Neutral Evaluation, expert discovery deadline and motion hearing dates, and dispositive motion hearing date are warranted in light of the new information regarding the current inability of counsel to communicate with Plaintiff;

    THEREFORE, it is hereby STIPULATED that:

1. The deadline for the completion of the Early Neutral Evaluation should be changed to **February 12, 2010.**
2. Defendant Naveen Chanana shall be permitted to appear at such Evaluation telephonically if he is not available in person for the reason that he is on his sea voyage;

///

1     IT IS SO STIPULATED.

2   DATED: January 14, 2010              GCA LAW PARTNERS, LLP

4                                                 By: _____
5                                                 JAMES L. JACOBS
                                                   BARBARA E. TANZILLO
6                                                Attorneys for Defendants NAVEEN CHANANA, SANJEEV TYAGI, and GUAREV GAUBA

8   DATED: January ____, 2010            THE EPSTEIN GROUP
                                                     Attorneys & Counselors at Law

10                                                By: _____
                                                 MARK EPSTEIN
11                                                JESSICA L. CHYLIK
                                               JULIA M. ADAMS
12                                                Attorneys for Plaintiff JAMES WARD

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED.

All other scheduling dates remain the same.

Dated: ____January 22,____, 2010     By: _____
                                                             Hon. James Ware
                                                             United States District Court

The Epstein Group
Attorneys

Stipulation and [Proposed] Order Extending Deadlines for Early Neutral Evaluation, Expert Witness Disclosures and Exclusion Motion, and Dispositive Motions

Page 4