IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| James Ward, | NO. C 07-06290 JW |
|       Plaintiff,<br>v. | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| Naveen Chanana, et al., | |
|       Defendants. / | |

On March 19, 2010, Plaintiff informed the Court that the above-entitled matter has reached a settlement. (See Docket Item No. 56.) In light of the settlement, the Court vacates all trial and pretrial dates. On or before **June 4, 2010**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **June 14, 2010 at 9 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **June 4, 2010**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: March 24, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Barbara Elaine Tanzillo btanzillo@gcalaw.com
James L. Jacobs jjacobs@gcalaw.com
Jessica L. Chylik ChylikLaw@gmail.com
Julia Marie Adams jadams@epsteingroup.com
Mark Epstein mepstein@epsteingroup.com

**Dated: March 24, 2010**                                **Richard W. Wieking, Clerk**

                                                            **By:    /s/ JW Chambers**
                                                                  **Elizabeth Garcia**
                                                                  **Courtroom Deputy**