1  Mark Epstein, Esq.          SBN: 159801
   Julia M. Adams, Esq.        SBN: 230795
2  Jessica L. Chylik, Esq.     SBN: 201127
   **The Epstein Group**
3  **Attorneys & Counselors at Law**
   2358 Market Street, Third Floor
4  San Francisco, California 94114
   Telephone (415) 863-5718
5  Facsimile (415) 863-8719
   e-mail: mepstein@epsteingroup.com
6
   Attorneys for Plaintiff
7  JAMES WARD

8  James L. Jacobs, Esq.       SBN: 158277
   Barbara E. Tanzillo, Esq.   SBN: 168339
9  GCA Law Partners, LLP
   1891 Landings Drive
10 Mountain View, CA 94043
   Telephone (650) 428-3900
11 Facsimile (650) 428-3901
   email: jjacobs@gcalaw.com
12
   Attorneys for Defendants
13 NAVEEN CHANANA, SANJEEV TYAGI,
   and GAUREV GAUBA
14

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
6/9/2010

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WARD,<br><br>  Plaintiff,<br><br>  vs.<br><br>NAVEEN CHANANA, SANJEEV TYAGI, GAURAV GAUBA, and DOE 1 through DOE 20, inclusive<br><br>  Defendants. | CASE NO. **CV 07 06290 JW**<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL<br><br>The Hon. James Ware, Judge<br>Courtroom 8 |

   PURSUANT TO the parties' Stipulation for Dismissal filed June 3, 2010, the Court finds GOOD CAUSE therefor. On that basis, it is hereby ORDERED that:

   1.   The entire action is DISMISSED WITH PREJUDICE;

[Proposed] Order of Dismissal

1
2
3    IT IS SO ORDERED. The Clerk shall close this file.
4
5  DATED:   June 9, 2010                     By: _____
6                                              The Honorable James Ware
                                                 Judge of the U.S. District Court

The Epstein Group
Attorneys

[Proposed] Order of Dismissal

Page 2